**UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION**


JAY CONNOR,
INDIVIDUALLY,
*on behalf of himself and others
similarly situated,*

      Plaintiff,

v.                                          Case No: 2:26-cv-00357-SPC-DNF

LEE AUTO GROUP
TAMPA INC.

      Defendant.

_____/


**<u>PLAINTIFF JAY CONNOR'S RESPONSES TO
COURT'S INTERROGATORIES</u>**


1) What kind of communications are at issue in this case? Telephone calls placed to a land line, or to a cellular phone? Letters mailed to a residence? Facsimile transmissions? Please be as specific as possible.

**RESPONSE:**

The communications at issue in this case are calls and text messages placed to Plaintiff's personal cellular telephone after Plaintiff made multiple Do Not Call requests to Defendant. Plaintiff does not allege that Defendant sent letters, facsimiles, or telephone calls to a landline in connection with the claims asserted in this action.

Docusign Envelope ID: 06DD4899-3873-8FF4-8103-8A6768FBEC09

2)  How many calls, letters, or other communications are at issue? For instance, if you allege telephone calls were placed in violation of the TCPA, how many calls were placed?

**RESPONSE:**

The communications at issue are at least eight calls and text messages sent to Plaintiff's personal cellular telephone after Plaintiff revoked any purported consent from Defendant. Plaintiff does not allege that letters, facsimiles, or landline telephone calls are at issue.

3)      When did the communications at issue take place?

**RESPONSE:**

The communications at issue took place between December 1 and December 9, 2025.

4)      If telephone calls are at issue, do you allege that Defendant used an automatic dialer?

**RESPONSE:**

No. Plaintiff alleges that Defendant used a live person to place the calls at issue to Plaintiff's cellular phone.

5)      If telephone calls are at issue, do you allege that Defendant utilized a live person or a recorded voice to transmit the relevant information?

**RESPONSE:**

Plaintiff alleges that in addition to sending text messages after Plaintiff revoked consent, Defendant utilized used a live person to call Plaintiff. Plaintiff alleges that Defendant sent text

2

messages and placed calls to Plaintiff's cellular telephone after multiple requests to stop calling and sending him text messages.

6)    If telephone calls are at issue, do you allege that the calls were placed to a telephone that is registered in your name? If not, to whom is the account registered?

**RESPONSE:**

The communications at issue were sent to Plaintiff's personal cellular telephone number, which was registered by Plaintiff at all relevant times. The account associated with the telephone number is still registered in the name of Plaintiff.

7)    Do you have a prior business relationship with Defendant?

**RESPONSE:**

Plaintiff inquired about a vehicle for sale by the Defendant, and after receiving the price for the vehicle, instructed an employee for the Defendant to stop calling him, and responded to subsequent text messages requesting that Defendant stop texting him.

8)    Did you sign any document in which you consented to be contacted by Defendant?

**RESPONSE:**

Plaintiff did not sign any document specifically authorizing the communications at issue in this case. Plaintiff's communications with Defendant arose from his inquiry regarding a vehicle offered for sale. Plaintiff subsequently instructed Defendant to stop contacting him, and the

Docusign Envelope ID: 06DD4899-3873-8FF4-8193-8A6768FBEC09

claims asserted in this action are based on communications allegedly sent after those requests.

9)      Do you intend to pursue a class action?

**RESPONSE:**

Yes. Plaintiff has asserted class allegations in the Complaint and presently intends to pursue this matter as a class action.

<u>**VERIFICATION**</u>

I, Jay Connor, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and upon information and belief.

Dated: June 1, 2026

DocuSigned by:

*Jay Connor*

2AB4B252A954425...

_____

Jay Connor, Plaintiff

4

Dated: July 1, 2026        Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman